EAGAN AVENATTI, LLP
Michael J. Avenatti (SBN 206929)
mavenatti@eaganavenatti.com
Scott H. Sims SBN 234148)
ssims@eaganavenatti.com
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

THE X-LAW GROUP, P.C.
Filippo Marchino (SBN 256011)
filippo.marchino@xlawx.com
Damon Rogers (SBN 263853)
damon.rogers@xlawx.com
11100 Santa Monica Blvd., Suite 150
Los Angeles, CA 90025
Telephone:  213.536.4298
Facsimile:  213.226.4691

Attorneys for Plaintiff

M. SEAN ROYALL (*pro hac vice*)
SRoyall@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1600 McKinney Ave., Suite 1100
Dallas, Texas 75201
Telephone: 214.698.3100
Facsimile:  214.571.2900

THEANE EVANGELIS KAPUR
(SBN 243570)
TKapur@gibsondunn.com
JAMES L. ZELENAY, JR.
(SBN 237339)
JZelenay@gibsondunn.com
BRADLEY J. HAMBURGER
(SBN 266916)
BHamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, California 90071
Telephone: 213.229.7726
Facsimile: 213.229.6726

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY STANWOOD,<br><br>    Plaintiff,<br><br> v.<br><br>MARY KAY INC.,<br>    Defendant. | Case No. SACV 12-0312 CJC (ANx)<br><br>Related Cases:<br>Case No. SACV 12-01169 CJC (ANx)<br>Case No. SACV 12-02502 CJC (ANx)<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE JOINT RULE 26(f) REPORT TO COORDINATE WITH RELATED CASE** |

# JOINT STIPULATION

WHEREAS, on August 20, 2012 the Court ordered the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.

WHEREAS, as part of that Order, the Court ordered the parties to file a joint report regarding that conference by October 29, 2012.

WHEREAS, on October 17, 2012, the parties met and conferred to discuss several issues, including the contents of their joint report.

WHERAS, on October 29, 2012, the Court moved the deadline for the joint report to November 5, 2012, at the request of both parties.

WHEREAS, there is a related case, case No. SACV 12-01169 CJC (ANx), against defendants The Estee Lauder Companies, Inc. and Estee Lauder Inc. ("Estee Lauder") involving the same Plaintiffs' counsel.

WHEREAS, the parties in the related Estee Lauder suit have agreed to file their joint report under Rule 26(f) on November 13, 2012.

WHEREAS, the parties in this case agree that filing their joint report on the same date as this related case will serve judicial efficiencies.

NOW THEREFORE, it is hereby stipulated and agreed, by and between counsel for the respective parties, that, subject to the Court's approval:

1. The parties are relieved of their obligation to submit a joint report to the Court regarding scheduling by the current November 5, 2012 deadline; and

2. The parties shall submit their joint report to the Court as ordered by November 13, 2012, the same date that the report shall be due in the related case of No. SACV 12-01169 CJC (ANx). The parties will exchange initial disclosures on that same date.

| | | |
|---|---|---|
| 1 | Dated: November 1, 2012 | EAGAN AVENATTI, LLP |
| 2 | | By: /s/ Scott H. Sims |
| 3 | | Scott H. Sims<br>Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: November 1, 2012 | GIBSON, DUNN & CRUTCHER LLP |
| 6 | | By: /s/ James L. Zelenay, Jr. |
| 7 | | James L. Zelenay, Jr.<br>Attorney for Defendant |