1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11                                    )   Case No. SACV 12-0312 CJC (ANx)
                                      )
12   ASHLEY STANWOOD,                 )       Related Case Nos.
                                      )       SACV 12-01169 CJC (ANx) and
13           Plaintiff,               )       SACV 12-02502 CJC (ANx)
                                      )
14   v.                               )
                                      )   **[PROPOSED] ORDER CONTINUING
15   MARY KAY INC.,                   )   DATE BY WHICH PARTIES MUST
                                      )   FILE JOINT RULE 26(f) REPORT TO
16           Defendant.               )   NOVEMBER 13, 2012**
                                      )
17                                    )
                                      )
18                                    )   Courtroom:  9B
                                      )   Judge:  Hon. Cormac J. Carney
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered the Joint Stipulation to Extend Deadline For Parties to File Joint Rule 26(f) Report, and good cause appearing, the Court hereby **GRANTS** the relief requested.

It is hereby **ORDERED** that:

1.  The Parties are relieved of their obligation to file a joint report by November 5, 2012; and

2.  The Parties shall file their joint report in this matter on or before November 13, 2012.  The parties will exchange initial disclosures on that same date.

**IT IS SO ORDERED**.

DATED:_____

_____
Hon. Cormac J. Carney
United States District Court Judge

Respectfully submitted by,

By:   /s/ Scott H. Sims
         Scott H. Sims


EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
mavenatti@eaganavenatti.com
Scott H. Sims, State Bar No. 234148
ssims@eaganavenatti.com
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

THE X-LAW GROUP, P.C.
Filippo Marchino, State Bar No. 256011
filippo.marchino@xlawx.com
Damon Rogers, State Bar No. 263853
damon.rogers@xlawx.com
11100 Santa Monica Blvd., Suite 150
Los Angeles, CA 90025
Telephone: 213.536.4298
Facsimile: 213.226.4691

Attorneys for Plaintiff

1  Respectfully submitted by,

2  By:   /s/ James L. Zelenay, Jr.
              James L. Zelenay, Jr.
3
4  M. SEAN ROYALL (*pro hac vice*)
   SRoyall@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   1600 McKinney Ave., Suite 1100
6  Dallas, Texas 75201
   Telephone: 214.698.3100
7  Facsimile:  214.571.2900

8  THEANE EVANGELIS KAPUR (SBN 243570)
   TKapur@gibsondunn.com
9  BRADLEY J. HAMBURGER (SBN 266916)
   BHamburger@gibsondunn.com
10 JAMES L. ZELENAY, JR. (SBN 237339)
   JZelenay@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Ave.
12 Los Angeles, California 90071
   Telephone: 213.229.7726
13 Facsimile: 213.229.6726
14
15 Attorneys for Defendant
16
17
18
19
20
21
22
23
24
25
26
27
28