M. SEAN ROYALL (*pro hac vice*)
SRoyall@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, Texas 75201-6912
Telephone: (214) 698-3100
Facsimile:  (214) 571-2900

THEANE EVANGELIS (SBN 243570)
TEvangelis@gibsondunn.com
JAMES L. ZELENAY, JR. (SBN 237339)
JZelenay@gibsondunn.com
BRADLEY J. HAMBURGER (SBN 266916)
BHamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7726
Facsimile: (213) 229-6726

Attorneys for Defendant
MARY KAY INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY STANWOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>MARY KAY INC.,<br><br>            Defendant. | Case No. SACV 12-0312 CJC (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER STAYING DEADLINES PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |

1

## <u>ORDER</u>

2      Having considered the Joint Stipulation for Order Staying Deadlines Pending

3  Resolution of Plaintiff's Motion for Voluntary Dismissal, the Court hereby **GRANTS**

4  the Stipulation.

5      It is hereby **ORDERED** that:

6      1.    All pending dates and deadlines in this matter shall be stayed until the Court

7            rules on Plaintiff's motion for voluntary dismissal; and

8      2.    The schedule for the matter shall be revisited, as appropriate, once the Court

9            has ruled on the motion for voluntary dismissal.

10

11     **IT IS SO ORDERED.**

12  DATED:   2/11/14   _____

13                                  Hon. Cormac J. Carney
                                    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28